

**NUMBER 13-20-00196-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CLAUDIO CHAVEZ,                                              APPELLANT,

v.

MARIA ROCHA,                                                  APPELLEE.

**On Appeal from the 150th District Court
of Bexar County, Texas.**

# ORDER OF ABATEMENT

**Before Justices Benavides, Longoria, and Tijerina
Order Per Curiam**

The case is before the Court on a motion to remand case back to trial court. The

Court, having examined and fully considered the documents on file and the motion, is of

the opinion that the motion should be construed as a motion to abate the appeal pending

entry of the settlement and should be granted.

The motion to abate the appeal pending settlement is GRANTED and this appeal is ordered ABATED until January 11, 2021.

The Court directs appellants to file, on or before January 11, 2021, either (1) a motion to reinstate the appeal, accompanied by appellant's brief in this matter, or (2) a motion to dismiss the appeal pursuant to settlement.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed this the
18th day of December, 2020.

2